No. —, Original.  Ex parte Elmer E. Davis.  October 12, 1942.  *Per Curiam:* It appears that petitioner has an application for a writ of error coram nobis pending in the Circuit Court of Vigo County, Indiana.  He alleges that that court has not taken any action upon his application.  It does not appear that petitioner has exhausted his remedies in the state courts to obtain a determination, which would be a reviewable judgment.  The motion for leave to file a petition for writ of habeas corpus is therefore denied without prejudice.

No. —, Original.  Ex parte John Botwinski;
No. —, Original.  Ex parte Joe Cephus Gray;
No. —, Original.  Ex parte Joseph Bematre;
No. —, Original.  Ex parte Charles E. Phillips;
No. —, Original.  Ex parte Alfred Maurice;
No. —, Original.  Ex parte Donald Flowers; and
No. —, Original.  Ex parte Albert Smith.  October 12, 1942.  The motions for leave to file petitions for writs of habeas corpus are denied.

No. —.  Ex parte James R. Allen.  October 12, 1942.  Application denied.